CLERK'S OFFICE U.S. DISTRICT. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 24 2024

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

United States of America ex. rel.
The Tarbell Group, LLC,

    Plaintiff

    v.

Lake Monticello Owners Association,

    Defendant.

Case No. 3:24cv00039

*Filed in camera and under seal pursuant to 31 U.S.C.§ 3730(b)(2)*

## COMPLAINT

### Nature of the Claim

1. Relator The Tarbell Group, LLC brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* to recover funds illegally obtained by Defendants under federal COVID-19 relief laws.

### Jurisdiction and Venue

2. The Court has jurisdiction over, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial district Defendant can be found, resides, transacts business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

### Parties

3. Relator The Tarbell Group, LLC is a limited liability company located in and organized under the laws of the Commonwealth of Virginia.

4. Defendant Lake Monticello Owners Association is a tax-exempt 501(c)(4) organization with its principal place of business at 41 Ashlawn Boulevard in Palmyra, Virginia (Fluvanna County).

## Background

5. To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, *inter alia*, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans").

6. As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

7. The PPP Program at all times expressly excluded Tax-Exempt 501(c)(4) Organizations from eligibility. Such organizations were never eligible to receive PPP Loans.

8. Defendant is a Tax-Exempt 501(c)(4) Organization and was therefore ineligible to receive PPP Loans.

## PPP Loan

9. Lake Monticello Owners Association applied and was approved for a PPP loan on April 13, 2020 (loan number 5375907101), in the amount of $646,843.00, received said PPP loan, and had said PPP loan forgiven on May 20, 2021, in the amount of $653,778.59.

2

## Cause of Action - False Claims Act, 31 U.S.C. § 3729

10.   Relator repeats and realleges each of the foregoing paragraphs.

11.   Defendant did knowingly present, or cause to be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan when it was not, thereby receiving a PPP Loan and forgiveness thereof.

12.   Defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan when it was not, thereby receiving a PPP Loan and forgiveness thereof.

## Prayer for Relief

13.   WHEREFORE, Relator respectfully prays for a judgment awarding the following relief against each defendant respectively:

   a.   A declaration that defendant did violate the False Claims Act;

   b.   An amount thrice the amount of PPP Loans forgiven with respect to defendant, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

   c.   The cost of this civil action, allocated to such defendant respectively in proportion to its share of the aggregate damages recouped herein, under 31 U.S.C. § 3729(a)(3);

   d.   An award to relator, including its reasonable expenses, attorneys' fees and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

   e.   Such other relief as may be just and proper.

## Demand for Jury Trial

14. Relator demands a jury trial.

3

Respectfully submitted,

*Bruce Ellis Fein*

**Law Office of Bruce Ellis Fein, PLLC**
Bruce Ellis Fein, Esq.
Virginia State Bar No. 44049
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*

4